IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KELLY ISHAM                                                                                              PLAINTIFF

v.                                          Case No. 2:14-cv-2018

BOONEVILLE COMMUNITY HOSPITAL; and
SAHIBZADA AZIZUDDIN AHMED, M.D.                                                      DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed this same date, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendants Booneville Community Hospital and Sahibzada Azizuddin Ahmed, M.D. are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 8th day of July, 2015.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE